ANNA FALCO, as Administratrix of the Estate of CARMINE FALCO, Deceased, Appellant, *v.* UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent.

(Argued April 20, 1933; decided May 23, 1933.)

*Thomas A. McKennell, Salvatore Milano* and *Martin Shulman* for appellant.

*Addison B. Scoville, Alfred T. Davison* and *James M. O' Neill* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.